APPEAL No. 75-296. BERTHA D. EVANS *et al. v.* FRANK LIGUORI *et al.* Petition for reargument is denied. *Milton Stanzler, Howard I. Lipsey, Jordan Stanzler,* for plaintiffs. *A. Lauriston Parks, David P. Whitman, Leonard A. Kiernan, Jr., Frank S. Cappuccio,* for defendants.

APPEAL No. 77-36. ELEANOR M. JOHANSEN *v.* HAROLD L. JOHANSEN. The defendant has moved for an extension of time to file his brief. Because of the difficulty the defendant has had in obtaining an attorney, we are granting him an extension to July 20, 1977 to file his brief. This is positively the last extension which will be granted. *A. Norman LaSalle,* for plaintiff. *Harold L. Johansen,* pro se, defendant.

APPEAL No. 77-61. BRIAN BURNS *et al. v.* CHRISTINE A. SULLIVAN *et al.* Defendants' motion to reconsider the previous order of this court is denied. *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso,* for defendants.